IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MERLIN LKENT WILLIAMS, #392980**                                            **PLAINTIFF**

v.                                                                 CAUSE NO. 1:16CV57-LG-MTP

**JUDGE FANT WALKER**                                                          **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby dismissed. The 42 U.S.C. § 1983 claims are dismissed with prejudice pursuant to judicial immunity. The habeas claims are dismissed without prejudice for failure to exhaust state remedies.

**SO ORDERED AND ADJUDGED** this the 2nd day of May, 2016.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE